**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>   Plaintiffs,<br><br>v.<br><br>**APPLE INC.,**<br><br>   Defendant | Civil Action No. 2:15-cv-292-JRG-RSP<br><br>Jury Trial Demanded |

### NOTICE OF ENTRY OF APPEARANCE OF CLAYTON C. JAMES

Please take notice that Clayton C. James of Hogan Lovells US LLP hereby enters his appearance in this matter on behalf of Defendant Apple Inc.

Respectfully submitted on April 3, 2015.

/s/ *Clayton C. James*

Clayton C. James
Srecko "Lucky" Vidmar
C. Matthew Rozier
Aaron S. Oakley
HOGAN LOVELLS US LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, CO 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
clay.james@hoganlovells.com
lucky.vidmar@hoganlovells.com
matt.rozier@hoganlovells.com
aaron.oakley@hoganlovells.com

**ATTORNEYS FOR DEFENDANT APPLE INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2015, I electronically filed the foregoing notice using the Court's CM/ECF system, which will serve electronic notification of this filing to all counsel of record.

/s/ *Kaylee Anselmi*
Kaylee Anselmi