# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>    Plaintiffs,<br><br>v.<br><br>**APPLE INC.,**<br><br>    Defendant | Civil Action No. 2:15-cv-292-JRG-RSP<br><br>Jury Trial Demanded |

## NOTICE OF ENTRY OF APPEARANCE OF KATHERINE A. NELSON

Please take notice that Katherine A. Nelson of Hogan Lovells US LLP hereby enters her appearance in this matter on behalf of Defendant Apple Inc.

Respectfully submitted on April 10, 2015.

/s/ Katherine A. Nelson

Katherine A. Nelson
HOGAN LOVELLS US LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, CO 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
katherine.nelson@hoganlovells.com

**ATTORNEYS FOR DEFENDANT APPLE INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2015, I electronically filed the foregoing notice using the Court's CM/ECF system, which will serve electronic notification of this filing to all counsel of record.

/s/ *Megan Espiritu*
Megan Espiritu