**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>     **Plaintiffs,**<br><br>**v.**<br><br>**APPLE INC.,**<br><br>     **Defendant** | Civil Action No. 2:15-cv-292-JRG-RSP<br><br>Jury Trial Demanded |

## <u>NOTICE OF ENTRY OF APPEARANCE OF JESSICA BLACK LIVINGSTON</u>

Please take notice that Jessica Black Livingston of Hogan Lovells US LLP hereby enters her appearance in this matter on behalf of Defendant Apple Inc.

Respectfully submitted on April 14, 2015.

                                        */s/ Jessica Black Livingston*

                                        Jessica Black Livingston
                                        HOGAN LOVELLS US LLP
                                        One Tabor Center, Suite 1500
                                        1200 Seventeenth Street
                                        Denver, CO 80202
                                        Telephone: (303) 899-7300
                                        Facsimile: (303) 899-7333
                                        jessica.livingston@hoganlovells.com

                                        **ATTORNEYS FOR DEFENDANT**
                                        **APPLE INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 14, 2015, I electronically filed the foregoing notice using the Court's CM/ECF system, which will serve electronic notification of this filing to all counsel of record.

*/s/ Bernadette J. Crisostomo*
Bernadette J. Crisostomo