**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>　Plaintiffs,<br><br>v.<br><br>**APPLE INC.,**<br><br>　Defendant | Civil Action No. 2:15-cv-292-JRG-RSP<br><br>Jury Trial Demanded |

**NOTICE OF ENTRY OF APPEARANCE OF ALEKSANDRA KING**

Please take notice that Aleksandra King of Hogan Lovells US LLP hereby enters her appearance in this matter on behalf of Defendant Apple Inc.

Respectfully submitted on April 14, 2015.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Aleksandra King*

　　　　　　　　　　　　　　　　　　　　　　　Aleksandra King
　　　　　　　　　　　　　　　　　　　　　　　HOGAN LOVELLS US LLP
　　　　　　　　　　　　　　　　　　　　　　　875 Third Avenue
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 918-3000
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 918-3100
　　　　　　　　　　　　　　　　　　　　　　　aleksandra.king@hoganlovells.com

　　　　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT
　　　　　　　　　　　　　　　　　　　　　　　APPLE INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 14, 2015, I electronically filed the foregoing notice using the Court's CM/ECF system, which will serve electronic notification of this filing to all counsel of record.

                                                                 */s/ Bernadette J. Crisostomo*
                                                                   Bernadette J. Crisostomo